JAMES M. MORRIS, ESQ. - SBN 48365
Attorney at Law
3031 W. March Lane, Suite 201
Stockton, CA 95219-6568
Telephone: (209) 474-7872
Facsimile: (209) 474-2560
E-mail: jamesmorris@jmmorrislaw.com

Attorneys for West Coast Vegetable Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| WEST COAST VEGETABLE CO., INC.,<br>a California corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>WEST CENTRAL PRODUCE, INC.,<br>a California corporation, and DOES 1 through 50, inclusive,<br><br>               Defendants. | NO. 2:09-CV-03096-JAM-EFB<br><br>**STIPULATION FOR CONTINUANCE OF TRIAL AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel as follows:

1. On March 8, 2010 the Court entered into its Status (Pre-Trial Scheduling) Order scheduling trial to commence on March 7, 2011.

2. Counsel for plaintiff annually attends a conference of the Juvenile Diabetes Research Foundation held in early March and has been doing so for at least the last five (5) years. Counsel for plaintiff has learned that the 2011 conference will also take place at approximately the same time as the date now set for trial herein.

4. Counsel for plaintiff has requested of counsel for defendant a continuance of the trial in this matter for a period of two to three weeks to enable counsel for plaintiff to attend the JDRF Conference. Defendant's counsel is willing to agree to the continuance upon approval of

1

the Court.

5. Therefore, the parties, through their counsel, request that the trial of the above-entitled action be continued from March 7, 2011 to March 21, or March 28, 2011.

Dated: April 2, 2010.   /s/ James M. Morris

JAMES M. MORRIS
Attorneys for Plaintiff,
West Coast Vegetable Co., Inc.

Dated: April 1, 2010.   DYKEMA GOSSETT LLP

By /s/ Allan Gabriel

ALLAN GABRIEL
Attorneys for Defendant,
West Central Produce, Inc.

~~~~~~~~~~~~~~~

**ORDER**

Good cause appearing, IT IS SO ORDERED. Jury trial in this matter is reset to Monday, March 28, 2011 at 9:00 a.m.

Dated: April 5, 2010   /s/ John A. Mendez
JUDGE OF THE EASTERN DISTRICT

2

STIPULATION FOR CONTINUANCE OF TRIAL AND ORDER THEREON
[L:Stipulation - Continue Trial.607.JMM.dmv.4/5/10]   Case No. 2:09-CV03096-JAM-EFB