1  JAMES M. MORRIS, ESQ. - SBN 48365
   Attorney at Law
2  3031 W. March Lane, Suite 201
   Stockton, CA 95219-6568
3  Telephone: (209) 474-7872
   Facsimile: (209) 474-2560
4  E-mail: jamesmorris@jmmorrislaw.com

5  Attorneys for West Coast Vegetable Co., Inc.

6

7

8                      UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO  DIVISION

10

11  WEST COAST VEGETABLE CO., INC.,        )    NO.   2:09-CV-03096-JAM-EFB
    a California corporation,              )
12                                         )        **AMENDED STIPULATION TO**
                        Plaintiff,         )        **MODIFY STATUS (PRETRIAL**
13                                         )        **SCHEDULING) ORDER AND**
    vs.                                    )        **ORDER THEREON**
14                                         )
    WEST CENTRAL PRODUCE, INC.,            )
15  a California corporation, and DOES 1 through )
    50, inclusive,                         )
16                                         )
                        Defendants.        )
17  _____/

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their

19  respective counsel as follows:

20      1.      On March 8, 2010 the Court entered its Status (Pre-Trial Scheduling) Order

21  scheduling trial to commence on March 7, 2011.

22      2.      By stipulation and order filed April 5, 2010, the Court granted the parties'

23  Stipulation for Continuance of Trial.

24      3.      Trial is currently scheduled for March 28, 2011.

25      4.      On April 13, 2010, counsel for plaintiff was unexpectedly hospitalized for a heart

26  condition and underwent open-heart surgery on April 23, 2010.  Counsel for plaintiff was, as a

27  result of the hospitalization and surgery, away from his office for the better part of five weeks.

28      5.      Despite counsel's absence, the attorneys for both parties have been working

diligently to meet each deadline set forth in the Status (Pretrial Scheduling) Order.  Nonetheless, they find that they are unable to meet certain portions of the pretrial schedule and therefore mutually request that the Court enter an order modifying certain pretrial and trial deadlines.

6.      Specifically, the parties request that the following changes be made:

a.      **Motion Hearings Schedules:**

All dispositive motions shall be filed by December 15, 2010.  Hearing on such motions shall be on January 12, 2011 at 9:30 a.m. in Courtroom #6.

b.      **Discovery:**

All discovery shall be completed by November 30, 2010.

c.      **Disclosure of Expert Witnesses:**

The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by September 15, 2010.  Supplemental disclosures and disclosure of any rebuttal experts under Fed. R. Civ. P.26(a)(2)(c) shall be made by September 30, 2010.

d.      **Pre-Trial Conference:**

A Final Pre-Trial Conference shall be held on February 23, 2011 at 3:00 p.m.  The parties shall file their Joint Pre-Trial Conference Statement not later than February 16, 2011.

e.      **Trial:**

A jury trial shall commence April 4, 2011 at 9:00 a.m.

7.      Except as otherwise set forth herein, the parties request that the Status (Pretrial Scheduling) Order remain as filed March 8, 2010.

Dated:  July 30, 2010.                          _____/James M. Morris/_____
                                                JAMES M. MORRIS, Attorney for
                                                Plaintiff, West Coast Vegetable Co., Inc.

Dated:  July 30, 2010.                          DYKEMA GOSSETT LLP

                                                By____/Allan Gabriel/_____
*[Order follows on next page]*                  ALLAN GABRIEL, Attorneys for
                                                Defendant,  West Central Produce, Inc.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

**<u>ORDER</u>**

Good cause appearing, IT IS SO ORDERED.


Dated: July 30, 2010          /s/ John A. Mendez
                              U. S. DISTRICT COURT JUDGE