**DYKEMA GOSSETT LLP**
ALLAN GABRIEL, SBN: 76477
JON D. CANTOR, SBN: 091852
TAMARA HUSBANDS, SBN: 197153
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone:   (213) 457-1800
Facsimile:   (213) 457-1850
E-mail: **agabriel@dykema.com**
E-mail: **jcantor@dykema.com**
E-mail: **thusbands@dykema.com**

Attorneys for Defendant
WEST CENTRAL PRODUCE, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST VEGETABLE CO., INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WEST CENTRAL PRODUCE, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:09-CV-03096-JAM-EFB<br><br>**STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER AND ORDER THEREON** |

1.  On March 8, 2010 the Court entered its Status (Pre-Trial Scheduling) Order scheduling trial to commence on March 7, 2011.

2.  By stipulation and order filed April 5, 2010, the Court granted the parties' Stipulation for Continuance of Trial, pursuant to which trial continued by three weeks so that it would commence on March 28, 2011.

3.  On April 13, 2010, counsel for plaintiff was unexpectedly hospitalized for a heart condition and underwent open-heart surgery on April 23, 2010. Counsel for Plaintiff was, as a result of the hospitalization and surgery, away from his office for the better part of five weeks.

4.  By stipulation and order filed on July 30, 2010, the Court granted the parties' Stipulation to Modify Status (Pretrial Scheduling) Order. Pursuant to the July 30, 2010 stipulation

Stipulation to Modify Status & Order
Case No. 2:09-CV-03096-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

and order, the deadlines for dispositive motion filing and dispositive motion hearings were continued by approximately one month. The discovery cut-off and the disclosure of expert witnesses were continued by approximately two months. The trial date was continued by only two weeks to April 4, 2011.

5.  On September 16, 2010, the Court entered a modified order pursuant to the parties' Stipulation to Modify Status (Pretrial Scheduling) Order. Pursuant to that Stipulation and Order the deadline for filing dispositive motions was extended to January 26, 2011, hearing on such motions was set for February 23, 2011 at 9:30 a.m. in Courtroom #6, and the deadline to complete discovery was extended to January 11, 2011. Trial was continued to May 16, 2011.

6.  The attorneys for both parties have been working diligently to meet each deadline set forth in the Status (Pretrial Scheduling) Order and each amendment thereto. Specifically, initial written discovery has been exchanged, defendants' and plaintiff's responses to discovery have been served. Notices for depositions have been served by the parties, and depositions not completed as of this date have been tentatively scheduled. Expert depositions are in the scheduling process. Third party depositions have been noticed, and the parties are awaiting confirmation of the dates for same. The parties continue to strive to proceed in a manner that will permit the orderly progression of the case. To this end, the parties believe discovery must be complete prior to the filing of dispositive motions.

7.  Despite best efforts and professional cooperation between counsel for the parties, counsel for the parties find that they are unable to meet the current deadlines for certain portions of the pretrial schedule and therefore mutually request that the Court enter an order modifying certain pretrial and trial deadlines as well as continue the currently scheduled trial date.

8.  Specifically, the parties request that following changes be made to the current scheduling order:

    a.  <u>Motion Hearing Schedule</u>:

        All dispositive motions shall be filed by April 18, 2011. Hearing on such motions shall be on May 25, 2011 at 9:30 a.m. in Courtroom #6.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

PDF created with pdfFactory trial version www.pdffactory.com

b. <u>Discovery</u>:

All discovery shall be completed by April 18, 2011.

c. <u>Joint Pretrial Statement</u>:

The joint pretrial statement shall be filed by July 8, 2011.

d. <u>Final Pretrial Conference</u>:

The final pretrial conference shall be on July 15, 2011 at 2:00 p.m.

e. <u>Trial</u>:

Jury trial shall be set for August 29, 2011 at 9:00 a.m.

9. Except as otherwise set forth herein, the parties request that the Status (Pretrial Scheduling) Order remain in effect as filed March 8, 2010.

Dated: January 4, 2010

By: __/s/_____
JAMES M. MORRIS, Attorney for Plaintiff,
West Coast Vegetable co., Inc.

Dated: January 4, 2010

DYKEMA GOSSETT LLP

By: __/s/_____
ALLAN GABRIEL, Attorneys for Defendant,
West Central Produce, Inc.

ORDER

IT IS SO ORDERED.

Dated: 1/4/2011

/s/ John A. Mendez_____
US DISTRICT JUDGE JOHN A. MENDEZ

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

PDF created with pdfFactory trial version www.pdffactory.com