LAW OFFICE OF JAMES M. MORRIS
JAMES M. MORRIS, ESQ. - SBN 48365
3031 W. March Lane, Suite 201
Stockton, CA 95219-6568
Telephone: (209) 474-7872
Facsimile: (209) 474-2560
E-mail: jamesmorris@jmmorrislaw.com

Attorneys for West Coast Vegetable Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO  DIVISION

| | |
|---|---|
| WEST COAST VEGETABLE CO., INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> WEST CENTRAL PRODUCE, INC., a California corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | NO.   2:09-CV-03096-JAM-EFB <br><br> **STIPULATION TO CONTINUE TRIAL AND ORDER THEREON** <br><br> Trial:                    August 29, 2011 <br><br> New Trial Date:     September 19, 2011 |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel as follows:

1.        This matter is currently set for trial to commence on August 29, 2011.

2.        The parties have agreed to a settlement of this litigation, although formal documentation, including a dismissal with prejudice and payment of the settlement amount, will not occur prior to August 29.

**THEREFORE,** the parties, through their counsel, request that the trial of the above-entitled action be continued from August 29, 2011 until September 19, 2011 at 9:00 a.m.

Dated:  August 5, 2011.                         /s/ James M. Morris
                                                                JAMES M. MORRIS, Attorney for
*[Signatures continue on next page]*          Plaintiff, West Coast Vegetable Co., Inc.

1

1    *[Signatures continued from previous page]*

2

3    Dated:  August 5, 2011.                    DYKEMA GOSSETT LLP

4
                                               By  */s/ Allan Gabriel*
5                                                 ALLAN GABRIEL, Attorneys for
                                                  Defendant,  West Central Produce, Inc.
6

7                      ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

8                                    <u>**ORDER**</u>

9        Good cause appearing, IT IS SO ORDERED.

10
         Dated: 8/5/2011
11                              /s/ John A. Mendez
                                JUDGE OF THE EASTERN DISTRICT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR CONTINUANCE OF TRIAL AND ORDER THEREON

[L:Stipulation for Continuance of Trial and Order.607.8/5/11]                    Case No. 2:09-CV03096-JAM-EFB