LAW OFFICE OF JAMES M. MORRIS
JAMES M. MORRIS, ESQ. - SBN 48365
MOISES ZAPIEN, ESQ. - SBN 274718
3031 W. March Lane, Suite 201
Stockton, CA 95219-6568
Telephone: (209) 474-7872
Facsimile: (209) 474-2560
E-mail: jamesmorris@jmmorrislaw.com

Attorneys for West Coast Vegetable Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| WEST COAST VEGETABLE CO., INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WEST CENTRAL PRODUCE, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | NO.  2:09-CV-03096-JAM-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between plaintiff, WEST COAST VEGETABLE CO., INC., a California corporation ("plaintiff") and defendant, WEST CENTRAL PRODUCE, INC., a California corporation ("defendant") collectively "the parties" as follows:

　　　1.　　The parties have agreed to settle and compromise each and every claim arising out of the acts or omissions described in the Complaint herein.  The terms of the settlement are set forth in Settlement Agreement and Release executed by the parties and approved by their counsel.

　　　2.　　Each party shall bear its own costs and attorneys' fees.

　　　3.　　This stipulation may be executed in counterparts.

1

STIPULATION FOR CONTINUANCE OF TRIAL AND ORDER THEREON
[L:Stipulation for Continuance of Trial and Order.607.9/6/11]　　　　　　　　　Case No. 2:09-CV03096-JAM-EFB

1  4. The above-captioned action is hereby **DISMISSED WITH PREJUDICE**, and the Clerk of the Court is requested to enter this dismissal in the official docket.

Dated: September  6 , 2011.      */s/ James M. Morris*

JAMES M. MORRIS, Attorney for Plaintiff, West Coast Vegetable Co., Inc.

Dated: September  6 , 2011.      DYKEMA GOSSETT LLP

By  */s/ Allan Gabriel*

ALLAN GABRIEL, Attorneys for Defendant, West Central Produce, Inc.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

## ORDER

**IT IS SO ORDERED** that, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, and for good cause showing, this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. The Clerk of the Court shall close the file.

**IT IS SO ORDERED**.

Dated: September 6, 2011

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

2

STIPULATION FOR CONTINUANCE OF TRIAL AND ORDER THEREON
[L:Stipulation for Continuance of Trial and Order.607.9/6/11]   Case No. 2:09-CV03096-JAM-EFB